# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RUSSELL E. OSBORN, | : | |
| Plaintiff, | : | Case No. 3:04cv437 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| DAYTON CITY POLICE DEPARTMENT, *et al.*, | : | |
| | : | |
| Defendants. | | |
| | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #4), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on March 13, 2006 (Doc. #4) is ADOPTED in full.

2. Plaintiff's Complaint is DISMISSED without prejudice;

3. The case is terminated on the docket of this Court.

April 5, 2006                                                              **s/Thomas M. Rose**

                                                                                    Thomas M. Rose
                                                                                    United States District Judge